UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No.  2:21-cv-00860-KJM-JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JUDGE JOHN A. MENDEZ, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 30, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations, which this court has reviewed.  ECF No. 12.  The court notes the substance of the objections is presented in Spanish.  In this civil case as in others filed by plaintiff in this court, "[i]t is plaintiff's obligation to present a translation into English; there is no exception to these requirements for extraordinary circumstances." *Ruiz v. Woodfill*, No. 220CV0205, 2021 WL 1222851, at *1 (E.D. Cal. Apr. 1, 2021).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 30, 2021, are adopted in full;

2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 3, is denied;

3. Plaintiff shall pay the $402 filing fee within twenty-one days of the date of this order; and

4. Failure to pay the $402 filing fee within twenty-one days of this order will result in this action being dismissed without prejudice.

DATED:  December 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2