UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:21-cv-00860-KJM-JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JUDGE JOHN A. MENDEZ, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 9, 2021, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 13. Plaintiff was granted twenty-one days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Plaintiff was re-served with the court's December 9 order on December 22, 2021. Plaintiff has not paid the filing fee, and the allotted time has passed.

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and
2. The Clerk of Court is directed to close the case.

DATED: February 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE